**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-2072

PRESIDENTIAL CANDIDATE NUMBER P60005535, aka Ronald Satish Emrit; PRESIDENTIAL COMMITTEE/POLITICAL ACTION COMMITTEE SEPARATE FUND (SSF) NUMBER C00569897C, d/b/a Emrits of America,

Plaintiffs - Appellants,

v.

PRINCE GEORGE'S COUNTY POLICE DEPARTMENT; STATE ATTORNEY'S OFFICE OF PRINCE GEORGE'S COUNTY; PRINCE GEORGE'S COUNTY SOCIAL SERVICES; PRINCE GEORGE'S COUNTY DISTRICT COURT; PRINCE GEORGE'S COUNTY CIRCUIT COURT; MARYLAND SUPREME COURT, APPELLATE COURT OF MARYLAND; MARYLAND STATE BAR ASSOCIATION, (MSBA); MAHASIN EL AMIN, Prince George's County Clerk of the Court; JOSHUA SMITH; RACHEL DOMBROWSKI, Clerk of the Court; MARYLAND STATE POLICE DEPARTMENT; BOWIE POLICE DEPARTMENT; BOWIE STATE UNIVERSITY POLICE DEPARTMENT; UNITED STATES ATTORNEY'S OFFICE OF MARYLAND, Kelly Hayes; MAYOR TIM ADAMS, of Bowie, Maryland,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:25-cv-02569-TDC)

Submitted:  December 18, 2025                    Decided:  December 22, 2025

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

———————————

Presidential Candidate Number P60005535, Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897, Appellants Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit (who also identifies himself as Presidential Candidate Number P60005535) appeals the district court's order dismissing his civil complaint without prejudice for failing to correct deficiencies in the filing requirements of his case. We have reviewed the record and discern no abuse of discretion by the district court. *See* Fed. R. Civ. P. 41(b); *Attkisson v. Holder*, 925 F.3d 606, 625-27 (4th Cir. 2019). Accordingly, we deny Emrit's motion to reinstate his case and affirm the district court's order. *Presidential Candidate No. P60005535 v. Prince George's Cnty. Police Dep't*, No. 8:25-cv-02569-TDC (D. Md. Aug. 26, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*